1 | STEVEN P. HANDLER - PRO HAC VICE
  | CATHERINE McCAIN - PRO HAC VICE
2 | **McDERMOTT, WILL & EMERY**
  | 227 West Monroe Street
3 | Chicago, Illinois 60606-5096
  | Telephone:     312-372-2000
4 | Facsimile:     312-984-7700

5 | JAMES L. SANDERS (SBN 126291)
  | CATHRYNNE D. DALE (SBN 206513)
6 | **McDERMOTT, WILL & EMERY**
  | 2049 Century Park East, 34th Floor
7 | Los Angeles, CA 90067-3208
  | Telephone:     310-277-4110
8 | Facsimile:     310-277-4730

9 | Attorneys for
  | Defendant GlobalNet, Inc.

```
FILED
CLERK, U.S. DISTRICT COURT

SEP 1 4 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

```
Priority
Send
Enter
Closed
JS-5/JS-6   NO
JS-2/JS-3
Scan Only
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15 | DAN RUBIN d/b/a RUBIN
   | INVESTMENT GROUP,
16 |
   |            Plaintiff,
17 |
   |      v.
18 |
   | MYRON GUSHLAK, et al.,
19 |
   |            Defendants.

CASE NO. CV 00-13406 AHM (AIJX)

STIPULATION AND [PROPOSED] ORDER
PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a):  (1)DISMISSING
SECOND AMENDED COMPLAINT AGAINST
MYRON GUSHLAK, ERWIN HAAS, EH&P
INVESTMENTS AG, GLOBALNET, INC.,
GARY NOERRING AND LYNETTE NOERRING
WITH PREJUDICE; and (2)
DISMISSING THE COUNTERCLAIM FILED
BY EH&P INVESTMENTS AG AGAINST
DAN RUBIN AND RUBIN INVESTMENT
GROUP WITH PREJUDICE

Hearing Date: N/A
Hearing Time: N/A
Hearing Place: Courtroom of the
               Honorable
               A. Howard Matz

```
SEP 17 2001
```

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS-2 / JS - 3
CLSD

LAS99 1193048-1.059051.0010

-1-

STIPULATION AND [PROPOSED] ORDER
CV 00-13406AHM (AIJX)

SEP 17 2001

1    Plaintiff Dan Rubin d/b/a Rubin Investment Group and

2   defendants Myron Gushlak, EH&P Investments AG, GlobalNet, Inc.,

3   Gary Noerring and Lynette Noerring, by counsel, hereby stipulate

4   and agree (1) that the Second Amended Complaint in consolidated

5   Case No. 00-13406 should be dismissed with prejudice against

6   Myron Gushlak, Erwin Haas, EH&P Investments AG, GlobalNet, Inc.,

7   Gary Noerring and Lynette Noerring without costs to any party and

8   (2) that the related counterclaim filed by EH&P Investments AG

9   against Dan Rubin and Dan Rubin Investment Group should be

10   dismissed with prejudice without costs to any party.

11   Dated:  September 13, 2001    Respectfully submitted,

12                                 McDERMOTT WILL & EMERY

13

14                                 By: _____

15                                 James L. Sanders
                                   Attorneys for Defendant
                                   GLOBALNET, INC.

16

17   Dated:  September___, 2001    COVINGTON & BURLING
                                   TROY & GOULD
18

19                                 By_____

20                                 LAWRENCE A. SILVERMAN
                                   Attorneys for Defendant
21                                 Myron Gushlak

22

23   Dated:  September___, 2001    KAPLAN, GOTTBETTER & LEVENSON
                                   LORD, BISSELL & BROOK
24

25   IT IS SO ORDERED
     Dated SEPT 14 2001            By_____
26                                 STEVEN M. KAPLAN
                                   Attorneys for Defendant
27   United States District Judge  EH&P Investments AG

28
     LAS99 1193048-1.059051.0010           -2-

1

2
Dated:  September___, 2001     **MILLER MILOVE & KOB**

3
                                By_____
                                   JEFFREY S. KOB
4                                  Attorneys for Defendants
                                   Gary Noerring and Lynette
5                                  Noerring

6

7
Dated:  September___, 2001     **DAN RUBIN d/b/a/ RUBIN INVESTMENT
                                GROUP**
8

9

10                              By_____
                                   DAN RUBIN
                                   In Pro Per
11

12

13
SO ORDERED:
14
Dated:  September ___, 2001    _____
15                                UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER

1    Plaintiff Dan Rubin d/b/a Rubin Investment Group and

2  defendants Myron Gushlak, EH&P Investments AG, GlobalNet, Inc.,

3  Gary Noerring and Lynette Noerring, by counsel, hereby stipulate

4  and agree (1) that the Second Amended Complaint in consolidated

5  Case No. 00-13406 should be dismissed with prejudice against

6  Myron Gushlak, Erwin Haas, EH&P Investments AG, GlobalNet, Inc.,

7  Gary Noerring and Lynette Noerring without costs to any party and

8  (2) that the related counterclaim filed by EH&P Investments AG

9  against Dan Rubin and Dan Rubin Investment Group should be

10 dismissed with prejudice without costs to any party.

11 Dated: September ___, 2001    Respectfully submitted,

12                                McDERMOTT, WILL & EMERY

13

14                              By: _____
                                    James L. Sanders
15                                  Attorneys for Defendant
                                    GLOBALNET, INC.
16

17 Dated: September___, 2001    COVINGTON & BURLING
                                TROY & GOULD
18

19                              By_____
20   -                             LAWRENCE A. SILVERMAN
                                   Attorneys for Defendant
21                                 Myron Gushlak

22

23 Dated: September___, 2001    KAPLAN, GOTTBETTER & LEVENSON
                                LORD, BISSELL & BROOK
24

25                              By_____
26                                 STEVEN M. KAPLAN
                                   Attorneys for Defendant
27                                 EH&P Investments AG

28 LAS99 1193048-1.059051.0010                -2-

Plaintiff Dan Rubin d/b/a Rubin Investment Group and
defendants Myron Gushlak, EH&P Investments AG, GlobalNet, Inc.,
Gary Noerring and Lynette Noerring, by counsel, hereby stipulate
and agree (1) that the Second Amended Complaint in consolidated
Case No. 00-13406 should be dismissed with prejudice against
Myron Gushlak, Erwin Haas, EH&P Investments AG, GlobalNet, Inc.,
Gary Noerring and Lynette Noerring without costs to any party and
(2) that the related counterclaim filed by EH&P Investments AG
against Dan Rubin and Dan Rubin Investment Group should be
dismissed with prejudice without costs to any party.

Dated: September ___, 2001    Respectfully submitted,

                                          McDERMOTT, WILL & EMERY

                                          By: _____
                                               James L. Sanders
                                             Attorneys for Defendant
                                           GLOBALNET, INC

Dated: September___, 2001    COVINGTON & BURLING
                                          TROY & GOULD

                                          By_____
                                           LAWRENCE A. SILVERMAN
                                         Attorneys for Defendant
                                         Myron Gushlak

Dated: September 7, 2001    KAPLAN, GOTTBETTER & LEVENSON
                                          LORD, BISSELL & BROOK

                                          By_____
                                         STEVEN M. KAPLAN
                                         Attorneys for Defendant
                                         EH&P Investments AG

LA99D 1193048 1.059051 0010

STIPULATION AND [PROPOSED] ORDER
CV 00-13406AHM (AIJX)

1    Dated:  September 7, 2001          MILLER MILOVE & KOB

2

3                                       By_____
                                           JEFFREY S. KOB
4                                          Attorneys for Defendants
                                           Gary Noerring and Lynette
5                                          Noerring

6

7    Dated:  September___, 2001         DAN RUBIN d/b/a/ RUBIN INVESTMENT
                                        GROUP
8

9                                       By_____
                                           DAN RUBIN
10                                         In Pro Per

11

12

13   SO ORDERED:

14   Dated:  September ___, 2001         _____

15                                       UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: September___, 2001    **MILLER MILOVE & KOB**

                             By_____
                                 JEFFREY S. KOB
                                 Attorneys for Defendants
                                 Gary Noerring and Lynette
                                 Noerring

Dated: September___, 2001    **DAN RUBIN d/b/a/ RUBIN INVESTMENT
                             GROUP**

                             By_____
                                 DAN RUBIN
                                 In Pro Per

SO ORDERED:

Dated: September ___, 2001   _____
                             UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
CV 00-13406EWH (AIJX)

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2049 Century Park East, 34th Floor, Los Angeles, CA 90067-3208.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On **September 13, 2001**, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

> **STIPULATION AND [PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a):  (1) DISMISSING SECOND AMENDED COMPLAINT AGAINST MYRON GUSHLAK, ERWIN HAAS, EH&P INVESTMENTS AG, GLOBALNET, INC., GARY NOERRING AND LYNETTE NOERRING WITH PREJUDICE; and (2) DISMISSING THE COUNTERCLAIM FILED BY EH&P INVESTMENTS AG AGAINST DAN RUIN AND RUBIN INVESTMENT GROUP WITH PREJUDICE**

in sealed envelopes, postage fully paid, addressed as follows:

> ***Please see attached Service List***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

-1-

LAS99 1186318-1.059051.0010

1          Executed on **September 13, 2001,** at Los Angeles,

2  California.

3

4

5                                    Patricia DuPree

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAS99 1186318-1 059051 0010

1

**SERVICE LIST**

2

RUBIN V. GUSHLAK, Case No. 00-13406

3

4

| | |
|---|---|
| Dan Rubin<br>Rubin Investment Group<br>Suite 101<br>2121 Avenue of the Stars<br>Los Angeles, CA  90067 | Plaintiff In Pro Per |
| Robert Davidson, Esq.<br>General Counsel<br>Rubin Investment Group<br>Suite 101<br>2121 Avenue of the Stars<br>Los Angeles, CA  90067 | |
| Kenneth J. MacArthur<br>Jeffrey W. Kramer<br>TROY & GOULD, APC<br>Suite 1600<br>1801 Century Park East<br>Los Angeles, CA  90067 | Attorneys for Defendant<br>Myron Gushlak |
| Jay J. Lobell, Esq.<br>COVINGTON & BUIRLING<br>1330 Americas<br>New York, New York  10019-5400 | Attorneys for Defendant<br>Myron Gushlak |
| Ronald D. Reynolds, Esq.<br>David A. Householder, Esq.<br>KAYE, SHOLER, FIERMAN,<br>      HAYS & HANDLER, LLP<br>1999 Avenue of the Stars, #1600<br>Los Angeles, CA  90067 | Attorneys for Defendant<br>Line Overseas Management |
| John E. Lawlor, Esq.<br>129 Third Street<br>Mineola, New York 11501 | Attorneys for Defendant<br>Midwood Securities |
| Alan Z. Yudkowsky, Esq.<br>Stroock, Stroock & Lavan LLP<br>Suite 1800<br>2029 Century Park East<br>Los Angeles, CA  90067 | Attorneys for Defendant<br>Instinet |

| | |
|---|---|
| Michael M. Gless, Esq.<br>Kessal, Young & Logan<br>400 Oceangate Avenue<br>Long Beach, CA  90802-1730 | Attorneys for Defendant<br>Wexford Clearing Securities |
| Jeffrey S. Kob, Esq.<br>Cynthia M. Schleindl, Esq.<br>MILLER MILOVE & KOB<br>The Koll Center<br>501 West Broadway, Suite 720<br>San Diego, CA  92101 | Attorneys for Defendants<br>Gary Noerring and Lynette<br>Noerring |
| Steven M. Kaplan, Esq.<br>Kaplan, Gottbetter & Levenson<br>630 Third Avenue<br>New York, NY  10017-6708 | Attorneys for<br>EHP Investments A.G. |
| Mitchell J. Popham, Esq.<br>Robert S. Crowder, Esq.<br>Lord, Bissell & Brook<br>300 South Grand Ave., Suite 800<br>Los Angeles, CA  90071-3119 | Attorneys for<br>EHP Investments A.G. |

-2-